RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York

ROBERT R. SCHRIVER
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-2580
Fax: (212) 264-6372
robert.schriver@ssa.gov



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
BONNIE M. LOVINE,

        Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner Of Social
Security,

        Defendant.
------------------------------------------------------------ x

Civil Action No. 14-257 (TJM/CFH)

**CONSENT ORDER
FOR PAYMENT OF ATTORNEY
FEES UNDER EAJA**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of six thousand and five hundred and eight dollars and seventy-nine cents ($6,508.79) in fees, and fifteen dollars and thirty-nine cents ($15.39) in costs, in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA;

    AND, the Court having reviewed the record in this matter;

IT IS on this 24th day of November, 2014;

ORDERED that plaintiff be awarded fees, expenses, and costs under EAJA in the amount of six thousand and five hundred and eight dollars and seventy-nine cents ($6,508.79) in fees, and fifteen dollars and thirty-nine cents ($15.39) in costs; and it is further

ORDERED that such fees and costs are payable to the plaintiff, but if plaintiff does not owe a debt subject to offset under the Treasury Offset Program, are payable to her attorney, Howard D. Olinsky; and it is further

ORDERED that this matter is dismissed with prejudice.

/s/ Thomas J. McAvoy
HON. THOMAS J. McAVOY
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: November 21, 2014

RICHARD S. HARTUNIAN
United States Attorney

By: /s/ Robert R. Schriver
Robert R. Schriver
Special Assistant U.S. Attorney
Attorney for Defendant

Olinsky Law Group

By: /s/ Howard D. Olinsky
Howard D. Olinsky
Attorney for Plaintiff